IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WARM SPRINGS COMMUNITY CORPORATION, an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELIOS DEVELOPMENT, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No.: 1:18-cv-00068-BLW<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND TO CONDUCT MEDIATION AND TO AMEND CASE MANAGEMENT ORDER** |

This matter having come before this court and good cause appearing, IT IS HERBY ORDERED THAT Plaintiff's Motion to Extend Deadlines (Dkt. No. 17) is GRANTED;

IT IS FURTHER ORDERED THAT the Court's Case Management Order filed on April 19, 2018 (Dkt. No. 14) is hereby amended as follows:

(1) Plaintiff's deadline to disclose its expert witnesses intended to be called at trial be extended to October 12, 2018;

(2) Defendants deadline to disclose experts intended to be called at trial be extended to November 12, 2018;

(3) Plaintiff's deadline to disclose rebuttal experts shall be extended to November 26, 2018; and

(4) The deadline to conduct mediation is moved to December 1, 2018.

The deadline for dispositive motions remains December 11, 2018.

DATED: September 17, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court